## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE APPLICATION OF VIASAT, INC.
AND VIASAT BROADBAND
HOLDINGS B.V. FOR AN ORDER TO
TAKE DISCOVERY FOR USE IN
FOREIGN PROCEEDINGS PURSUANT
TO 28 U.S.C. § 1782

Case No.  20-MC-218

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Viasat Inc. certifies that Viasat Inc. is a publicly-traded company but does not have

any parent corporation, or any publicly held corporation that owns 10% or more of its stock.

Petitioner ViaSat Broadband Holdings B.V. is also an affiliate or subsidiary and has a financial

interest in this litigation.  No other corporation, unincorporated association, partnership or other

business entity, not a party to the case, has a financial interest in the outcome of this litigation as

defined in Local Rule 103.3 (D. Md.).

Dated: May 15, 2020

Respectfully submitted,

/s/ *Michael B. Brown*

J. Stephen McCauliffe, III
MILES & STOCKBRIDGE, P.C.
100 Light Street, 9th Floor
Baltimore, Maryland 21202
301.517.4829
smcauliffe@milesstockbridge.com

Michael B. Brown
MILES & STOCKBRIDGE, P.C.
100 Light Street, 9th Floor
Baltimore, Maryland 21202

1

410.385.3663
mbbrown@milesstockbridge.com

Patrick T. Schmidt (*pro hac vice* pending)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
213.443.3191
patrickschmidt@quinnemanuel.com

Lucas Bento (*pro hac vice* pending)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
212.849.7552
lucasbento@quinnemanuel.com

*Counsel for Petitioners Viasat, Inc. and ViaSat Broadband Holdings B.V.*