IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE APPLICATION OF VIASAT, INC. AND VIASAT BROADBAND HOLDINGS B.V. FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 20-MC-218 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ViaSat Broadband Holdings B.V. certifies that it is not a publicly-traded company and is wholly-owned by a publicly traded company, Viasat, Inc., who is also a party to this action. No other corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

Dated: May 15, 2020

Respectfully submitted,

/s/ *Michael B. Brown*

J. Stephen McCauliffe, III
MILES & STOCKBRIDGE, P.C.
100 Light Street, 9th Floor
Baltimore, Maryland 21202
301.517.4829
smcauliffe@milesstockbridge.com

Michael B. Brown
MILES & STOCKBRIDGE, P.C.
100 Light Street, 9th Floor
Baltimore, Maryland 21202
410.385.3663

1

mbbrown@milesstockbridge.com

Patrick T. Schmidt (*pro hac vice* pending)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
213.443.3191
patrickschmidt@quinnemanuel.com

Lucas Bento (*pro hac vice* pending)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
212.849.7552
lucasbento@quinnemanuel.com

*Counsel for Petitioners Viasat, Inc. and ViaSat Broadband Holdings B.V.*